THEVER & ASSOCIATES
SHAN K. THEVER 075128
1055 West 7th Street, Suite 650
Los Angeles, Ca. 90017
213-291-9878 Phone
213-596-9751 Fax
shan@thever.com

Attorneys for Plaintiff

JS-6

**EXOMAR JAVIER BROWN**

UNITES STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXOMAR JAVIER BROWN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FCI LENDER SERVICES INC., Does 1-25<br><br>　　　　　Defendants | NO: CV 10 8433 R (CWx)<br><br>ORDER |

　　　PLEASE TAKE NOTICE that the Motion to File a First Amended Complaint and the Motion to Remand the matter to the State Court came regularly before the court Presided by Hon. Manuel Real in Court Room #8, located in Spring Street in Los Angeles, California on Feb. 7, 2011 at 10:00 A.M.

　　　The Court ORDERS that:

　　　Plaintiff's Motion for leave to File a First Amended Complaint is denied.

　　　The Court Sua Sponte Orders this action is REMANDED to State Court.

　　　Plaintiff's Motion for re-reconsideration is thereby rendered moot.

Dated: February 11, 2011

By_____

HON . MANUEL L. REAL, JUDGE

ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER